ing that the services rendered by petitioner were valuable and that such services were necessaries for the infant, the court was without authority on the summary application of the petitioner, to pay out funds belonging to the infant's estate. (*Peterson* v. *Hines*, 247 App. Div. 799; *Matter of Goldblatt* v. *Peterson*, 251 id. 861.) Order of the Surrogate's Court, Queens county, reversed on the law, without costs, and application denied, with ten dollars costs. Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ., concur.

In the Matter of the Judicial Settlement of the Account of Proceedings of ANNA F. SCHREIBER, as Executrix, etc., of FRANK KEMPINGER, Deceased, Respondent; CLINTON L. WOLFE, Appellant. (Appeal No. 1.) — Proceeding in the Surrogate's Court of Queens county for the judicial settlement of the account of proceedings of the executrix of the last will and testament of the decedent, who died March 14, 1933. As an incident to the accounting, there was litigated an alleged claim of Clinton L. Wolfe upon a certain check for $1,000, dated March 10, 1933, signed by the decedent and drawn upon the National City Bank of New York, Bowery Branch. The body of the check, aside from the printing thereon, was in the handwriting of the claimant. The executrix contested the claim upon the hearing upon the ground that the proof of delivery of the check and of the consideration for it was insufficient. A decree dismissing the claim upon the merits was entered. Claimant appeals. Decree unanimously affirmed, with costs to the respondent-executrix, payable out of the estate. The notice of claim in the record has been disregarded. No opinion. Present — Lazansky, P. J., Davis, Adel, Taylor and Close, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of ANNA F. SCHREIBER, as Executrix, etc., of FRANK KEMPINGER, Deceased, Respondent; CLINTON L. WOLFE, Appellant. (Appeal No. 2.) — In view of the decision in *Matter of Kempinger, No. 1* (*ante*, p. 1022), decided herewith, this appeal is dismissed, without costs. Lazansky, P. J., Davis, Adel, Taylor and Close, JJ., concur.

In the Matter of HUGH P. SKELLY for Payment of an Award Made for Damage Parcels No. 12a and 12b on the Damage Map and in the Final Decree of the Supreme Court as to Damage and Benefit in the Proceeding to Acquire Title to Public Beach between the Southerly Prolongation of the Easterly Side of Ocean Parkway and the Prolongation of the Westerly Side of West 37th Street to All Lands under Water Not Heretofore Acquired by the City of New York, in the Borough of Brooklyn, City of New York. BROOKLYN TRUST COMPANY, Appellant; ROULE REALTY CORPORATION, ROOSEVELT BATHS CORPORATION, RALY REALTY CORPORATION, HUGH P. SKELLY, and CITY OF NEW YORK, Respondents.— Order denying motion to vacate an order providing for distribution of a condemnation award affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Carswell, Davis and Adel, JJ., concur.

In the Matter of the Application of STANDARD OIL COMPANY OF NEW YORK, Respondent, for a Writ of Certiorari to HENRY M. GOLDFOGLE and Others, Commissioners of Taxes and Assessments of The City of New York, Appellants. (Taxes for Years 1926, 1927 and 1928.) In the Matter of the Application of STANDARD OIL COMPANY OF NEW YORK, Respondent, for a Writ of Certiorari to JOHN R. CREWS and Others, Commissioners of Taxes and Assessments of The City of New York, Appellants. (Taxes for Year 1929.) In the Matter of the Application of